Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS SAVINGS TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE TIBERTI COMPANY, LLC dba Tiberti Fence Co., a Nevada limited liability company,<br><br>Defendant. | CASE NO.:<br><br>**COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500 and the Court has original jurisdiction under 29 U.S.C. § 1132(e). Venue is proper under 29 U.S.C. § 1132(e)(2).

2. The Plaintiffs are the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Construction Industry and Laborers Savings Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds") and are fiduciaries for purposes of ERISA.

3. The Tiberti Company, LLC dba Tiberti Fence Co. ("Tiberti") is a Nevada limited liability company, and on information and belief, conducts business in Las Vegas, Nevada.

4. Tiberti acted as an employer within the State of Nevada employing persons ("Covered Employees") who perform work covered by a collective bargaining agreement ("CBA") between Tiberti and the Construction Industry and Laborers Union Local 872 ("Union").

5. The CBA requires Tiberti to make employee benefit contributions to the Trust Funds on behalf of its Covered Employees.

6. The Trust Funds are ERISA employee benefit trust funds that provide benefits to Covered Employees.

7. The Trust Funds are established by Trust Agreements ("Trust Agreements").

8. The CBA, the Trust Agreements, and 29 U.S.C. § 1145 require each employer, including Tiberti, to make timely contributions to the Trust Funds on behalf of each employee who performs work covered by the CBA.

9. The CBA, the Trust Agreements, and 29 U.S.C. § 1132(g) provide for assessment of audit fees, court costs, expenses, interest, attorneys' fees, and liquidated damages against an employer in the event the employer defaults in making payments to the Trust Funds and legal proceedings are required to recover such payments.

10. When Tiberti sends the Trust Funds contributions, Tiberti certifies the following mandatory representation to the Trust Funds: "That the employer is, and by signing below, confirming that it is signatory and bound to the applicable project agreement; shop agreement, or current master labor agreement (MLA) of the Southern Nevada Laborers Local 872 and its affiliated local Unions, and any modifications or renewals thereof."

11. Tiberti also certifies every month "[t]hat this report is made pursuant to the appropriate project agreement, shop agreement, MLA; and/or any written agreements applicable

to the Trust Funds as required by Section 302(c)(5)(B) of the 'Labor Management Relations Act.'"

12. Tiberti worked on multiple projects where, on information and belief, Tiberti has confirmed through agreement with one or more general contractors that Tiberti is signatory to a collective bargaining agreement.

13. The Trust Funds, while conducting an audit of Tiberti, discovered that while Tiberti paid contributions on some work performed by its Covered Employees, Tiberti did not pay contributions on all of the work performed by its Covered Employees.

**FIRST CLAIM FOR RELIEF**

ERISA Delinquent Contributions – Signed CBA and Remittance Reports

14. Paragraphs 1 through 13 are restated and incorporated by reference.

15. Tiberti has failed to meet its obligations to remit employee benefit contributions to the Trust Funds as set forth in the CBA and Trust Agreements, and as required by 29 U.S.C. § 1145.

16. As a result of its delinquency, Tiberti is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by 29 U.S.C. § 1132(g), the CBA, Trust Agreements and applicable Collection Policy.

**SECOND CLAIM FOR RELIEF**

ERISA Delinquent Contributions – Assumption of CBA

17. Paragraphs 1 through 16 are restated and incorporated by reference.

18. Through its course of conduct, Tiberti has evidenced its intent to be bound by the CBA with the Union by declaring that Tiberti is bound to a collective bargaining agreement through contracts with one or more general contractors, conducting business operations covered under the CBA, paying employee benefit contributions to the Trust Funds for work performed under the CBA by Covered Employees and other actions that demonstrate its intent to be bound by the CBA.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

19. Tiberti, however, failed to meet its obligations to remit complete employee benefit contributions to the Trust Funds as set forth in the CBA and Trust Agreements, and as required by 29 U.S.C. § 1145.

20. As a result of its delinquency, Tiberti is liable to the Trust Funds for unpaid contributions, interest, liquidated damages, audit fees and attorneys' fees, as provided by 29 U.S.C. § 1132(g), the CBAs, Trust Agreements and applicable Collection Policy.

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against Tiberti for damages, including delinquent employee benefit contributions, interest, liquidated damages, audit fees, and attorneys' fees and costs;

2. For other equitable relief as provided by ERISA; and

3. For such other and further relief as the Court deems proper.

Dated: August 8, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes

Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs