Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE
CONSTRUCTION INDUSTRY AND
LABORERS HEALTH AND WELFARE
TRUST; THE BOARD OF TRUSTEES OF
THE CONSTRUCTION INDUSTRY AND
LABORERS JOINT PENSION TRUST; THE
BOARD OF TRUSTEES OF THE
CONSTRUCTION INDUSTRY AND
LABORERS SAVINGS TRUST; and THE
BOARD OF TRUSTEES OF THE
SOUTHERN NEVADA LABORERS
LOCAL 872 TRAINING TRUST,

                        Plaintiffs,

v.

THE TIBERTI COMPANY, LLC dba Tiberti
Fence Co., a Nevada limited liability
company,

                        Defendant.

CASE NO.: 2:24-cv-01461-RFB-DJA

**JOINT STIPULATION AND ORDER
TO EXTEND DISCOVERY
DEADLINES**

**(FIRST REQUEST)**

       Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds"), and Defendant The Tiberti Company LLC ("Tiberti"), through their respective counsels of record, hereby stipulate to extend

1

the current discovery deadlines by ninety (90) days, pursuant to Local Rule IA 6-1 and 6-2, and Local Rule 26-3, as follows:

**A.    DISCOVERY COMPLETED TO DATE**:

1.    On September 24, 2024, the first day discovery opened, Tiberti served its first set of interrogatories and requests for production.

2.    On October 16, 2024, the Trust Funds served their first set of interrogatories, requests for production and requests for admissions..

3.    On October 18, 2024, the Trust Funds and Tiberti served their initial disclosures.

4.    On November 7, 2024, the Trust Funds served responses to Tiberti's requests for production and interrogatories. The Trust Funds also served a supplemental disclosure.

5.    On December 3, 2024, Tiberti served responses to the Trust Funds' first set of interrogatories, requests for production and requests for admissions. Tiberti also served a supplemental disclosure.

6.    On December 19, 2024, the Trust Funds' counsel served a 20-page letter addressing TIberti's discovery responses and requested a meet and confer with Tiberti's counsel. The Trust Funds also disclosed a privilege log and served a notice of intent to serve a subpoena on Berry & Co. CPA's, the Trust Funds' auditor, and proceeded to serve the subpoena.

7.    On January 10, 2025, the parties held a meet and confer, in which Tiberti agreed to supplement certain documents and information.

8.    On January 17, 2025, the Trust Funds served a notice of intent to served a notice of intent to serve subpoenas on the following entities and proceeded to serve those subpoenas:

a.    APCO Construction;

b.    Better Building Systems;

c.    CG&B Enterprises, Inc.;

d.    Core West, Inc. dba Core Construction;

e.    Discovery Property Company, LLC;

f.    Fisher Sand & Gravel Co.;

g.    Las Vegas Paving Corporation);

2

h.    Parkway Construction & Associates;

i.    Perk Construction, LLC;

j.    Rafael Construction, Inc.;

k.    Roche Constructors, Inc.;

l.    Sletten Construction;

m.    Summit Line Construction, Inc.;

n.    Tab Contractors, Inc.;

o.    Tand, Inc.;

p.    W.A. Richardson Buildings, Inc.; and,

q.    William Charles Construction Company.

8.    The responses of the various entities that the Trust Funds have served subpoenas on have been mixed, consisting of timely and full productions, deficient productions, requests for extensions and refusals to respond.

9.    On January 24, 2025, Tiberti served a privilege log.

10.    On January 31, 2025, Tiberti served supplemental responses to the Trust Funds' interrogatories and requests for production, comprising some of the supplemental documents and information that Tiberti agreed to produce on the parties' meet and confer. Tiberti also served a supplemental disclosure.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED:**

The Trust Funds and Tiberti still need to conduct depositions of relevant witnesses, including the person(s) most knowledgeable of the parties pursuant to Federal Rule of Civil Procedure 30(b)(6) and possible third-party depositions. Tiberti is also providing supplemental responses to the Trust Funds' discovery requests and a supplemental disclosure, as agreed in the parties' meet and confer. The parties also may need to serve additional discovery requests, depending on the documents yet to be disclosed by the parties or through third-party subpoenas. Moreover, while the Trust Funds have dutifully interacted with the subpoenaed entities and are pursuing subpoena responses, the Trust Funds still need to obtain proper responses from roughly a quarter of the entities. Relatedly, the Trust Funds need to provide a supplemental disclosure

3

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

consisting of the various subpoena responses.

**C.     REASON DISCOVERY WAS NOT COMPLETED:**

Pursuant to LR 26-3(c), the parties describe why they have good cause for a 90-day extension to conduct this remaining discovery:

As shown above, the parties have been very diligent in their discovery efforts, with Tiberti serving discovery requests on the very first day of the discovery period, the Trust Funds disclosing thousands of pages of documents, the issuance of multiple subpoenas and the parties working to resolve discovery disputes. Despite this diligence, however, additional discovery is required due to the delay caused by the various outstanding subpoena responses, the supplementing of discovery responses and the inevitable slowdown of the holiday season.

Moreover, Tiberti very recently substituted counsel in this matter, substituting in Justin Shiroff from Jackson Lewis P.C. (*See* ECF No. 14, filed Feb. 7, 2025.) The undersigned counsel and Mr. Shiroff have had initial conversations and agreed on this request for extension of deadlines, but still need to coordinate logistics to complete the remaining discovery, which will also take additional time. Given all of this, the parties submit that these facts and circumstances provide good cause for a ninety (90) day extension of the remaining discovery deadlines.

**D.     CURRENT DISCOVERY SCHEDULE:**

1.    Discovery Cutoff                          March 10, 2025

2.    Dispositive Motion Cutoff:          April 9, 2025

3.    Pretrial Order Cutoff:                    May 9, 2025

**E.     PROPOSED DISCOVERY SCHEDULE:**

1.    New Discovery Cutoff:                   June 9, 2025

2.    New Dispositive Motion Cutoff:     July 8, 2025

3.    New Pretrial Order Cutoff:             August 7, 2025

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1    4.    In the event dispositive motion(s) are filed, the date for filing the joint pretrial

2   order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions,

3   or otherwise by further order of the Court.

4   Dated: February 11, 2025.

5

6   JACKSON LEWIS P.C.                    BROWNSTEIN HYATT FARBER
                                          SCHRECK, LLP
7

8   /s/ Justin A. Shiroff                 /s/ Christopher M. Humes
    Justin A. Shiroff, Esq.               Christopher M. Humes, Esq.
9   NV Bar No. 12869                      Nevada Bar No. 12782
    3993 Howard Hughes Parkway            William D. Nobriga, Esq.
10  Suite 600                             Nevada Bar No. 14931
    Las Vegas, Nevada 89169               100 North City Parkway, Suite 1600
11                                        Las Vegas, Nevada 89106-4614
                                          Telephone:  (702) 382-2101
12  Attorneys for Defendant               Facsimile:   (702) 382-8135

13

14                          **O R D E R**

15  **IT IS SO ORDERED.**

16

17  _____
    UNITED STATES MAGISTRATE JUDGE
18
    **DATED:** ___2/12/2025_____
19
    **Case No. 2:24-cv-01461-RFB-DJA**
20

21

22

23

24

25

26

27

28

                          5

32644735.1